**The below described is SIGNED.**

**Dated: April 29, 2013**

_____
R. KIMBALL MOSIER
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 11-21200 |
| Lance J. Fisher § | Chapter 13 |
| § | Hon. R. Kimball Mosier |
| Debtor(s) § | |

**ORDER ON MOTION TO VACATE DISMISSAL AND MOTION TO ABATE PAYMENTS**

Pursuant to Notice of Hearing filed by Debtor's counsel was scheduled for 4/24/2013, at 11:00AM. Further, pursuant to the Notice and Opportunity for Hearing ("Notice"), objections to the Debtors' Objection to Motion to Dismiss and Motion to Abate were to be filed and served on counsel for Debtors not later than **4/15/2013**. The Notice provided that in the absence of objections, the Court may grant the relief requested without a hearing. The Court having determined that all written responses to the Debtor's Objection and Motion have been resolved, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that

1. The Debtor's Motion to Vacate Dismissal is granted. Debtor's case is reinstated;
2. The Debtor's Motion to Abate is granted;

3. Delinquent payments in the amount of $2,272.00 are abated;

4. Debtor shall resume his regularly scheduled plan payment on April 25, 2013;

5. The new plan payment shall increase to $536.00 beginning April 25, 2013;

6. Debtor shall file amended Schedules I & J to reflect his ability to pay the increase plan payment; and

7. The hearing scheduled for 4/24/2013, at 11:00AM is hereby stricken;

(END OF ORDER)

# CERTIFICATE OF MAILING

I hereby certify that a copy of the above document was provided via ECF and U.S. Mail to the following:

    Kevin R. Anderson, Chapter 13 Trustee

    US Trustee (ECF)

    Lance Fisher
    3659 W. 4975 S.
    Roy, UT 84067

    DATED April 24, 2013.

                                                /s/ Theron D. Morrison
                                               Theron D. Morrison
                                               Attorney for Debtors

# CERTIFICATE OF SERVICE BY CLERK OF THE COURT

The undersigned does hereby certify that on _____, 20__ a true and correct copy of the ORDER RE: DEBTOR'S MOTIONS was delivered to the following:

Theron D. Morrison, Attorney for Debtor(s)                        (ECF)

Kevin R. Anderson, Chapter 13 Trustee      (ECF)

US Trustee (ECF)

Lance Fisher   (ECF)
3659 W. 4975 S.
Roy, UT 84067

    CLERK OF THE COURT:_____